IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02578-ZLW

JERRI BRACKETT,

    Plaintiff,

v.

PAUL HAUTAMAA, M.D.,
RUTH B. NAUTS, M.D.,
COLORADO PERMANENTE MEDICAL GROUP, P.C.,
KAISER FOUNDATION HEALTH PLAN OF CO, INC.,
HOWARD M. KIRSHBAUM, Arbiter,
MILES FLESCHE, Chief Clerk,
JOHN DOERNER, Chief Clerk, and
SUSAN FESTAG, Chief Clerk,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Weinshienk, Senior Judge

    Plaintiff has submitted "Motion to Disqualify Pursuant to 28 § 455 and Request to Certify Pursuant to 28 § 2403 (In Lieu of Permission to Appeal)" being treated as a Notice of Appeal pursuant to instructions from the U.S. Court of Appeal for the Tenth Circuit. Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action. The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied. Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

DATED at Denver, Colorado this  3  day of           May          , 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court